THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: )
)
JULIE A. FOX ) CHAPTER 13
) CASE NO: 15-50329
)
DEBTOR(S) ) ALAN M. KOSCHIK
) BANKRUPTCY JUDGE
)
) NOTICE THAT CHAPTER 13 PLAN
) CANNOT BE CONFIRMED

Now comes Keith L. Rucinski, the Chapter 13 Trustee, and hereby states that the above Chapter 13 Plan cannot be confirmed for the following reason(s):

Objection to Confirmation of Plan Filed by Creditor PNC Bank, National Association (docket no 19) is pending.

The Trustee is filing this as a courtesy to the attorney of record in this case. The Trustee requests that if any action is needed by Debtor(s) counsel that said counsel take necessary steps to conclude the pending matter(s) so that the Trustee may recommend confirmation of this case at the next scheduled confirmation hearing.

Respectfully submitted,

/s/Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
One Cascade Plaza, Suite 2020
Akron, OH 44308
Tel 330.762.6335
Fax 330.762.7072
krucinski@ch13akron.com

**CHAPTER 13**
Keith L Rucinski
Trustee
One Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072

cc: LEE R KRAVITZ
    (via ECF)

JULIE A. FOX
13277 BURSLEY ROAD
SPENCER, OH 44275

(via reg MAIL)