| | |
|---|---|
| Debtor 1 | Julie A. Fox |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Ohio (State) |
| Case number | 15-50329-amk |

# Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust

**Court claim no.** (if known): 10-1

**Last 4 digits** of any number you use to identify the debtor's account: 7 0 6 4

**Property address:** 13277 Bursley Road
Number     Street

Spencer          OH     44275
City                State     ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☐ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☑ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:          $ 4,846.00 *

\* Order for Relief from Stay was entered 1/21/2019 (Doc. 67)

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

|   |   |   |   |
|---|---|---|---|
| a. Total postpetition ongoing payments due: | (a) | $ | 25,650.75 |
| b. Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $ | 2,894.93 |
| c. **Total.** Add lines a and b.  less unapplied funds iao $1,546.21 | (c) | $ | 26,999.47 * |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:          03 / 01 / 2017
MM / DD / YYYY

\* Order for Relief from Stay was entered 1/21/2019 (Doc. 67).

First Name   Middle Name   Last Name

---

## Part 4:    Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

## Part 5:    Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ Molly Slutsky Simons                Date  3 / 19 / 2019
    Signature

Print  **Molly Slutsky Simons**                Title  Attorney for Creditor
    First Name   Middle Name   Last Name

Company  Sottile and Barile, Attorneys at Law

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  P.O. Box 476
    Number        Street

Loveland                        OH      45140
City                            State   ZIP Code

Contact phone  ( 513 ) 444 – 4100          Email  bankruptcy@sottileandbarile.com

---



**BSI Financial Services**

**Loan Information**

| Loan # | |
|---|---|
| Borrower | Fox |
| BK Case # | 15-50329 |
| Date Filed | 2/18/2015 |
| First Post Petition Due Date | |
| Due Date | |
| POC Covers | 07/01/13 - 02/01/15 |

**Payment Changes**

| Date | P&I | Total | Notice Filed |
|---|---|---|---|
| 3/1/2015 | $553.38 | $383.07 | POC |
| 4/1/2016 | $464.71 | $906.36 | |
| 3/1/2017 | $719.67 | $941.07 | |
| | | $1,026.03 | |

| Date | Amount Paid | Post Pet Due Date | Contractual Due Date | Amt Due | Over Short | Total | Suspense Credit | Suspense Debit | Suspense Balance | APO Credit | APO Debit | APO Balance | APO Paid to Date | POC Arrears Credit | POC Debit | POC Arrears Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4/1/17-7/31/18 filed & APO entered for missed posts 03/01/15 - 06/01/17 / missed posts to be repaid thru the plan - will require req monthly pmt 3/1/17 | | | | | | | | | | | | | | | | | $0.00 |
| 4/19/2017 | | Trustee payment | | | $0.00 | | | | $0.00 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | $0.00 |
| 5/15/2017 | | Trustee payment | | | $0.00 | | | | $0.00 | | | $0.00 | $0.00 | $335.00 | | $335.00 | $335.00 | $335.00 |
| 6/14/2017 | | Trustee payment | | | $0.00 | | | | $0.00 | | | $0.00 | $0.00 | $335.00 | | $670.00 | $670.00 | $670.00 |
| 7/19/2017 | | Trustee payment | | | $0.00 | | | | $0.00 | | | $0.00 | $0.00 | $335.00 | | $1,005.00 | $1,005.00 | $1,005.00 |
| 7/20/2017 | | Trustee payment | | | $0.00 | | | | $0.00 | | | $0.00 | $0.00 | $335.00 | | $1,340.00 | $1,340.00 | $1,340.00 |
| 8/15/2017 | | Trustee payment | | | $0.00 | | | | $0.00 | | | $0.00 | $0.00 | $335.00 | | $1,675.00 | $1,675.00 | $1,675.00 |
| 9/13/2017 | | Trustee payment | | | $0.00 | | | | $0.00 | | | $0.00 | $0.00 | $335.00 | | $2,010.00 | $2,010.00 | $2,010.00 |
| 10/18/2017 | | Trustee payment | | | $0.00 | | | | $0.00 | | | $0.00 | $0.00 | $335.00 | | $2,345.00 | $2,345.00 | $2,345.00 |
| 11/17/2017 | | Trustee payment | | | $0.00 | | | | $0.00 | | | $0.00 | $0.00 | $335.00 | | $2,680.00 | $2,680.00 | $2,680.00 |
| 1/2/2018 | | Trustee payment | | | $0.00 | | | | $0.00 | $4,016.05 | | $4,016.05 | $4,016.05 | $335.00 | | $3,015.00 | $3,015.00 | $3,015.00 |
| 1/30/2018 | | Trustee payment | | | $0.00 | | | | $0.00 | $538.94 | | $4,554.99 | $4,554.99 | $335.00 | | $3,350.00 | $3,350.00 | $3,350.00 |
| 2/21/2018 | | Trustee payment | | | $0.00 | | | | $0.00 | $538.94 | | $5,093.93 | $5,093.93 | $335.00 | | $3,685.00 | $3,685.00 | $3,685.00 |
| 3/27/2018 | | Trustee payment | | | $0.00 | | | | $0.00 | $975.91 | | $6,069.84 | $6,069.84 | $335.00 | | $4,020.00 | $4,020.00 | $4,020.00 |
| 4/24/2018 | | Trustee payment | | | $0.00 | | | | $0.00 | $538.94 | | $6,608.78 | $6,608.78 | $335.00 | | $4,355.00 | $4,355.00 | $4,355.00 |
| 5/17/2018 | | Trustee payment | | | $0.00 | | | | $0.00 | $538.94 | | $7,147.72 | $7,147.72 | $335.00 | | $4,690.00 | $4,690.00 | $4,690.00 |
| 6/27/2018 | | Trustee payment | | | $0.00 | | | | $0.00 | $538.94 | | $7,686.66 | $7,686.66 | $335.00 | | $5,025.00 | $5,025.00 | $5,025.00 |
| 8/15/2018 | | Trustee payment | | | $0.00 | | | | $0.00 | $538.94 | | $8,225.60 | $8,225.60 | $335.00 | | $5,360.00 | $5,360.00 | $5,360.00 |
| 8/30/2018 | | Trustee payment | | | $0.00 | | | | $0.00 | $991.59 | | $9,217.19 | $9,217.19 | $335.00 | | $5,695.00 | $5,695.00 | $5,695.00 |
| 9/25/2018 | | Trustee payment | | | $0.00 | | | | $0.00 | $555.00 | | $9,772.19 | $9,772.19 | $335.00 | | $6,030.00 | $6,030.00 | $6,030.00 |
| 10/24/2018 | | Trustee payment | | | $0.00 | | | | $0.00 | $555.02 | | $10,327.63 | $10,327.63 | $335.00 | | $6,365.00 | $6,365.00 | $6,365.00 |
| | | | | | $0.00 | | | | $0.00 | | | $10,327.63 | $10,327.63 | | | $6,365.00 | $6,365.00 | $6,365.00 |
| | | | | | $0.00 | | | | $0.00 | | | $10,327.63 | $10,327.63 | | | $6,365.00 | $6,365.00 | $6,365.00 |
| **Due** | | | 3/1/2017 | $1,026.03 | $0.00 | | | | $0.00 | | | $10,327.63 | $10,327.63 | | | $6,365.00 | $6,365.00 | $6,365.00 |
| | | | 4/1/2017 | $1,026.03 | $0.00 | | | | $0.00 | | | $10,327.63 | $10,327.63 | | | $6,365.00 | $6,365.00 | $6,365.00 |
| | | | 5/1/2017 | $1,026.03 | $0.00 | | | | $0.00 | | | $10,327.63 | $10,327.63 | | | $6,365.00 | $6,365.00 | $6,365.00 |
| | | | 6/1/2017 | $1,026.03 | $0.00 | | | | $0.00 | | | $10,327.63 | $10,327.63 | | | $6,365.00 | $6,365.00 | $6,365.00 |
| | | | 7/1/2017 | $1,026.03 | $0.00 | | | | $0.00 | | | $10,327.63 | $10,327.63 | | | $6,365.00 | $6,365.00 | $6,365.00 |
| | | | 8/1/2017 | $1,026.03 | $0.00 | | | | $0.00 | | | $10,327.63 | $10,327.63 | | | $6,365.00 | $6,365.00 | $6,365.00 |
| | | | 9/1/2017 | $1,026.03 | $0.00 | | | | $0.00 | | | $10,327.63 | $10,327.63 | | | $6,365.00 | $6,365.00 | $6,365.00 |
| | | | 10/1/2017 | $1,026.03 | $0.00 | | | | $0.00 | | | $10,327.63 | $10,327.63 | | | $6,365.00 | $6,365.00 | $6,365.00 |
| | | | 11/1/2017 | $1,026.03 | $0.00 | | | | $0.00 | | | $10,327.63 | $10,327.63 | | | $6,365.00 | $6,365.00 | $6,365.00 |
| | | | 12/1/2017 | $1,026.03 | $0.00 | | | | $0.00 | | | $10,327.63 | $10,327.63 | | | $6,365.00 | $6,365.00 | $6,365.00 |
| | | | 1/1/2018 | $1,026.03 | $0.00 | | | | $0.00 | | | $10,327.63 | $10,327.63 | | | $6,365.00 | $6,365.00 | $6,365.00 |
| | | | 2/1/2018 | $1,026.03 | $0.00 | | | | $0.00 | | | $10,327.63 | $10,327.63 | | | $6,365.00 | $6,365.00 | $6,365.00 |
| | | | 3/1/2018 | $1,026.03 | $0.00 | | | | $0.00 | | | $10,327.63 | $10,327.63 | | | $6,365.00 | $6,365.00 | $6,365.00 |
| | | | 4/1/2018 | $1,026.03 | $0.00 | | | | $0.00 | | | $10,327.63 | $10,327.63 | | | $6,365.00 | $6,365.00 | $6,365.00 |
| | | | 5/1/2018 | $1,026.03 | $0.00 | | | | $0.00 | | | $10,327.63 | $10,327.63 | | | $6,365.00 | $6,365.00 | $6,365.00 |
| | | | 6/1/2018 | $1,026.03 | $0.00 | | | | $0.00 | | | $10,327.63 | $10,327.63 | | | $6,365.00 | $6,365.00 | $6,365.00 |
| | | | 7/1/2018 | $1,026.03 | $0.00 | | | | $0.00 | | | $10,327.63 | $10,327.63 | | | $6,365.00 | $6,365.00 | $6,365.00 |
| | | | 8/1/2018 | $1,026.03 | $0.00 | | | | $0.00 | | | $10,327.63 | $10,327.63 | | | $6,365.00 | $6,365.00 | $6,365.00 |
| | | | 9/1/2018 | $1,026.03 | $0.00 | | | | $0.00 | | | $10,327.63 | $10,327.63 | | | $6,365.00 | $6,365.00 | $6,365.00 |
| | | | 10/1/2018 | $1,026.03 | $25,650.75 | $25,650.75 | | | $0.00 | | | $10,327.63 | $10,327.63 | | | $6,365.00 | $6,365.00 | $6,365.00 |
| | | | | | $0.00 | | | | $0.00 | | | $10,327.63 | $10,327.63 | | | $6,365.00 | $6,365.00 | $6,365.00 |
| | | | | | $0.00 | | | | $0.00 | | | $10,327.63 | $10,327.63 | | | $6,365.00 | $6,365.00 | $6,365.00 |
| | | | | | $0.00 | | | | $0.00 | | | $10,327.63 | $10,327.63 | | | $6,365.00 | $6,365.00 | $6,365.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**AKRON DIVISION**

| | |
|---|---|
| In Re: | Case No. 15-50329-amk |
| Julie A. Fox | Chapter 13 |
| Debtor. | Judge Alan M. Koschik |

---

## CERTIFICATE OF SERVICE

I certify that on March 19, 2019, a true and correct copy of this Response to Notice of Final Cure Payment was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Lee R Kravitz, Debtor's Counsel
leekravitz@sbcglobal.net

Keith Rucinski, Chapter 13 Trustee
efilings@ch13akron.com

Office of the U.S. Trustee
(registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

Julie A. Fox, Debtor
13277 Bursley Road
Spencer, OH 44275

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor